# Third District Court of Appeal

## State of Florida

Opinion filed April 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1534
Lower Tribunal No. AGLTWCE
_____

**Jorge Luis Valdes,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Julie Harris Nelson, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Camilo Montoya, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>See</u> <u>Johnson v. State</u>, 801 So. 2d 141 (Fla. 4th DCA 2001), <u>rev. denied</u>, 828 So. 2d 387 (Fla. 2002); <u>Wright v. State</u>, 317 So. 3d 237, 241-42 (Fla. 3d DCA 2021) ("In short, we cannot find that any of the errors of which [appellant] complains warrant reversal under either the abuse of discretion or the harmless error analysis . . . While a defendant in a criminal trial is entitled to a fair trial, he or she is not entitled to a perfect trial.").